**CRIMINAL COMPLAINT**
**(Submitted electronically)**

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Abraham Lizarraga-Lopez**; DOB: 1975; Mexican Citizen<br>**Alan Fernando Sanchez Alvarez**; DOB: 1987; Mexican Citizen | **DOCKET NO.**<br><br>**MAGISTRATE'S CASE NO.**<br><br>26-08440MJ |

| Complaint for violation of Title 31, United States Code §§ 5316 and 5332 |
|---|

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about January 11, 2026, at or near Sasabe, in the District of Arizona, **Abraham Lizarraga-Lopez** and **Alan Fernando Sanchez-Alvarez** did knowingly conceal more than ten thousand dollars ($10,000) in currency or other monetary instruments, that is, approximately $59,811 in United States currency, on the person of such individuals or in any conveyance, article of luggage, merchandise, or other container, and did knowingly attempt to transport and transfer such currency or monetary instruments from a place within the United States, that is, Sasabe, Arizona, to a place outside of the United States, that is, Sasabe, Sonora, in the Republic of Mexico, with the intent to evade a currency reporting requirement under Title 31, United States Code, Section 5316, in violation of Title 31, United States Code, Section 5332 and Title 31 of the Code of Federal Regulations, Section 1010.340(a).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On January 11, 2026, **Abraham LIZARRAGA-Lopez** was driving a 2015 Ford F150 bearing Mexican license plate VD9395A, coming from the United States side at the Sasabe Port of Entry in Sasabe, Arizona, and entered an inbound lane from Mexico. **LIZARRAGA** stopped the vehicle, reversed, and corrected into the outbound lane to Sasabe, Sonora, Mexico. **LIZARRAGA** was accompanied by one passenger, **Alan Fernando SANCHEZ-Alvarez**. United States Customs and Border Protection (CBP) officers stopped the vehicle and asked **LIZARRAGA** and **SANCHEZ** to step out of the vehicle. CBP officers received a negative declaration from **LIZARRAGA** and **SANCHEZ** to include currency over $10,000. CBP officers asked **LIZARRAGA** and **SANCHEZ** where they were traveling and both answered Mexico. CBP officers inspected the vehicle and discovered currency concealed in a non-factory compartment on the rear passenger side. **SANCHEZ** also had approximately $3,911 in United States currency on his person. The total amount of United States currency seized was $59,811.

During post-*Miranda* interviews, **LIZARRAGA** and **SANCHEZ** both admitted they knew there was more than $10,000 in United States currency concealed in the vehicle. **LIZARRAGA** and **SANCHEZ** both also admitted they knew they were required to report the amount of currency concealed and intended to evade filing such a report.

MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>NATHANIEL M TRUEBLOOD  *Digitally signed by NATHANIEL M TRUEBLOOD Date: 2026.01.12 10:05:22 -07'00'* |
|---|---|
| | OFFICIAL TITLE & NAME:<br>Special Agent Nathaniel M. Trueblood<br>Homeland Security Investigations |

**Sworn to telephonically.**

| SIGNATURE OF MAGISTRATE JUDGE | DATE<br>January 12, 2026 |
|---|---|

1) See Federal rules of Criminal Procedure Rules 3, 4.1 and 5
Reviewed by AUSA Hepford